# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 2: 10-cr - 00236- GMN-VCF |
| vs. | **ORDER** |
| LLOYD GARDLEY, CANDIS GARDLEY, SUSANNE MCALLISTER, | |
| Defendants. | |

Before the court is Defendant Susanne McAllister's Motion[1] to Withdraw as Counsel of Record (Doc. #236).

IT IS ORDERED that the Motion to Withdraw as Counsel of Record (Doc. #236) is GRANTED. Mr. Gary L. Myers is allowed to withdraw as counsel for Susanne McAllister as he has gone on inactive status with the State Bar of Nevada.

IT IS FURTHER ORDERED that the CJA panel shall appoint new counsel for Ms. McAllister.

DATED this 6th day of January, 2012.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE

---

[1] Defendant titled the present document "Stipulation to Remove Pretrial Services' Supervision." However, the document is not a stipulation as it was not signed by all parties. LR 7-1 (stating that a stipulation must be signed by the parties or counsel for the parties to be bound). There is no reference to Pretrial Services' Supervision in document number 236.