# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:10-cr-00236-GMN-VCF |
| Plaintiff, | **ORDER** |
| vs. | |
| JABARI L. MARSHALL, | |
| Defendant. | |

Before the Court for consideration is Defendant Jabari L. Marshall's Transcript Order and Designation of Transcripts to be Used in the Record on Appeal (ECF No. 151) and Defendant's Notice of Appeal From Detention Order filed on April 9, 2012, Defendant's Affidavit of Forma Pauperis and supporting financial documentation (ECF No. 150).

Defendant is requesting that the cost of preparation of the transcript of the Detention Hearing held on April 9, 2012, be supplied to him in paper format at the government's expense. The Court having reviewed Defendant's request, as well as his supporting documentation, hereby GRANTS Defendant's request. Accordingly,

**IT IS HEREBY ORDERED** that the Clerk of the Court shall have the above transcript prepared and provided to Defendant within ten (10) days of the date of this Order.

**DATED** this 1st day of May, 2012.

_____
Gloria M. Navarro
United States District Judge