DANIEL G. BOGDEN
United States Attorney
BRIAN PUGH
SARAH E. GRISWOLD
Assistant United States Attorneys
333 Las Vegas Blvd. South, Suite 5000
Las Vegas, Nevada 89101
(702) 388-6336
Fax: (702) 388-5087

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:10-cr-236-GMN-PAL |
| Plaintiff, | |
| vs. | **STIPULATION FOR PROTECTIVE ORDER** |
| JABARI L. MARSHALL, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED between the parties, Daniel G. Bogden, United States Attorney for the District of Nevada, and Brian Pugh and Sarah E. Griswold, Assistant United States Attorneys, counsel for the United States, and C. Stanley Hunterton, counsel for defendant JABARI L. MARSHALL, that this Court issue an Order protecting from disclosure to the public any discovery documents containing the personal identifying information such as account numbers, Social Security numbers, drivers license numbers, dates of birth, telephone numbers, Email addresses, or physical addresses, of participants, witnesses and victims in this case. Such documents shall be referred to hereinafter as "Protected Documents." The parties state as follows:

/ / /

1. Protected Documents which will be used by the parties include personal identifiers, including account numbers, Social Security numbers, drivers license numbers, dates of birth, Email addresses, and physical addresses, of participants, witnesses, and victims in this case.

2. Discovery in this case is somewhat voluminous. Many of the documents include personal identifiers that may constitute evidence in this case. In addition, redacting the personal identifiers of participants, witnesses, and victims would prevent the timely disclosure of discovery to defendants.

3. As part of its discovery production, the United States may provide Protected Documents to Defendant without redacting the personal identifiers of participants, witnesses, and victims, with the possible exception of certain materials it reserves the right to produce in redacted form.

4. Access to Protected Documents will be restricted to persons authorized by the Court, namely Defendant, attorneys of record, and their associated counsels, paralegals, investigators, experts, and secretaries employed by the attorneys of record and performing services on behalf of Defendant.

5. The following restrictions will be placed on the above-designated individuals unless further ordered by the Court. The above-designated individuals shall not:

   a. make copies for, or allow copies of any kind to be made by any other person of Protected Documents, or allow the Protected Documents to be otherwise disseminated;

   b. allow any other person to read Protected Documents; and

   c. use Protected Documents for any other purpose other than preparing to defend against the charges in the Indictment or any further superseding indictment arising out of this case.

6. Defendant's attorneys shall inform any person to whom disclosure may be made pursuant to this order of the existence and terms of this Court's order.

///

7.   The requested restrictions shall not restrict the use or introduction as evidence of discovery documents containing personal identifying information such as account numbers, Social Security numbers, drivers license numbers, dates of birth, telephone numbers, Email addresses, and physical addresses during the trial of this matter.

8.   Upon conclusion of this action, Defendant's attorneys shall return to government counsel or destroy and certify to government counsel the destruction of all discovery documents containing personal identifying information such as account numbers, Social Security numbers, drivers license numbers, dates of birth, telephone numbers, Email addresses, and physical addresses within a reasonable time, not to exceed thirty days after the statute of limitations governing post-conviction petitions has expired.

DANIEL G. BOGDEN
United States Attorney

s/ Sarah E. Griswold                                   May 24, 2012
BRIAN PUGH                                             DATE
SARAH E. GRISWOLD
Assistant United States Attorneys


/s/ C. Stanley Hunterton                               May 24, 2012
C. STANLEY HUNTERTON                                   DATE
Counsel for Defendant
JABARI L. MARSHALL

**ORDER**

IT IS SO ORDERED this 9vj day of Lwpg.'2012.

UNITED STATES OCI KVTCG'JUDGE

3