# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.: 2:10-cr-00236-GMN-PAL |
| Plaintiffs, ) | |
| vs. ) | **ORDER ACCEPTING REPORT &** |
| ) | **RECOMMENDATION OF MAGISTRATE** |
| LLOYD H. GARDLEY, et al., ) | **JUDGE PEGGY A. LEEN** |
| Defendants. ) | |

Before the Court for consideration is the Report and Recommendation (ECF No. 211) of the Honorable Peggy Leen, United States Magistrate Judge, entered September 14, 2012. Objections were due by October 1, 2012. No objections have been filed. The Court has conducted a *de novo* review of the record in this case in accordance with 28 U.S.C. § 636(b)(1) and Local Rule IB 1-4, and determines that Magistrate Judge Leen's Recommendation should be **ACCEPTED**.

**IT IS THEREFORE ORDERED** that the Government's Motion to Amend Second Superseding Indictment to Correct Typographical Errors (ECF No. 197) is GRANTED.

**DATED** this 17th day of October, 2012.

_____
Gloria M. Navarro
United States District Judge